FILED

2009 Oct-27  PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PENNY J. PHILLIPS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 09-J-0310-NE |
| MIDLAND CREDIT MANAGEMENT, INC. | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL

The plaintiff having filed a motion for voluntary dismissal (doc. 22), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 27th day of October 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE